UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL D. GREEN, JR., ET AL.                    CIVIL ACTION

VERSUS

HALL DAVIS AND SONS, ET AL.                    NO. 23-00359-BAJ-EWD

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 10, the "Report")** recommending that the Court dismiss this case without prejudice for lack of subject matter jurisdiction. (Doc. 10 at 8). The Magistrate Judge further recommends that the Court provide Plaintiffs thirty days from the issuance of this Ruling and Order to re-file their claims in a court of competent jurisdiction, with the prescriptive period to be tolled during this time. There are no objections to the Report.

After carefully considering Plaintiffs' Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiffs shall have 30 days from the date of this Ruling and Order to re-file their claims in a court of competent jurisdiction. To the extent necessary, the prescriptive period applicable to Plaintiffs' claims should be

Certified mail #  7020 0640 0001 4750 5784 - Michael Green-
Certified Mail # 7020 0640 0001 4750 5791-Jewel Reed

tolled during this time.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this Ruling and Order to Plaintiffs Michael D. Green, Jr. and Jewel Reed, by regular mail and by certified mail, return receipt requested to their addresses on PACER.[1]

Final judgment shall be entered separately.

Baton Rouge, Louisiana, this 4th day of June, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The record reflects that the Magistrate Judge ordered the Clerk's Office to send the Report to Plaintiffs Green and Reed "by regular mail and by certified mail, return receipt requested to their addresses on PACER." (Doc. 10 at 8). The Clerk's Office sent the Report to Plaintiffs as instructed and filed the Certified Mail Receipts in the record. (Doc. 11). The Report, however, was returned from Plaintiff Green as undeliverable. (Doc. 12; Doc. 13). There is no indication in the record that the Report was returned as undeliverable from Plaintiff Reed.

Local Civil Rule 11(a)(5) provides that each "pro se litigant has a continuing obligation to apprise the Court of any address change." Two months have passed since the Report was returned from Plaintiff Green as undeliverable, and Green has failed to update the Court with any applicable new address. As a practical matter, the Court cannot withhold Ruling indefinitely on this basis.